**Dismissed and Opinion Filed August 15, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01017-CV

### KALA DHARMA, Appellant
### V.
### WHITLEY PENN, LLP, Appellee

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-12551**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

On June 15, 2016, we remanded this case to the trial court for further proceedings in accordance with the settlement reached between the parties, and abated this appeal until the parties filed a motion to dismiss the appeal or for thirty days. We cautioned the parties that failure to notify this Court of a judgment entered in accordance with the settlement agreement or file a proper motion to dismiss the appeal within thirty days could result in the dismissal of this appeal. No notice of a judgment entered in accordance with the settlement agreement or motion to dismiss has been filed in this case and thirty days have passed.

Accordingly, pursuant to our June 15, 2016 order, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b), (c).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

151017F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KALA DHARMA, Appellant

No. 05-15-01017-CV      V.

WHITLEY PENN, LLP, Appellee

On Appeal from the 254th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-12-12551.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee WHITLEY PENN, LLP recover its costs of this appeal from appellant KALA DHARMA.

Judgment entered August 15, 2016.